**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Puerto Rico__
                              (State)
Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | TETRAD Enterprises LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 6 6 – 0 8 8 5 6 6 6 | |
| 4. Debtor's address | **Principal place of business**<br><br>Maramar Plaza<br>Number   Street<br>Suite 809, 101 Ave. San Patricio<br><br>Guaynabo, PR  00968<br>City                           State    ZIP Code<br><br>Puerto Rico<br>County | **Mailing address, if different from principal place of business**<br><br>Number   Street<br>P.O. Box 1024<br>P.O. Box<br>Bayamón, PR  00960-1024<br>City                           State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City                           State    ZIP Code |
| 5. Debtor's website (URL) | lhernandez@tetradenergy.com | |

Debtor **TETRAD ENTERPRISES LLC**
　　　　Name

Case number (if known)_____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
5 4 1 9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page **2**

Debtor **TETRAD Enterprises LLC**
Name

Case number (if known) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number Street
_____
City                                State ZIP Code

Is the property insured?
☐ No
☒ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 3

Debtor **TETRAD Enterprises LLC**
Name

Case number (if known) _____

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☒ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☒ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title **Managing Director**

Printed name: **Luis Guillermo Hernandez-Rivera**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____ MM / DD / YYYY

**WVS LAW LLC**

Printed name **Wallace Vazquez Sanabria**

Firm name **17 Mexico Street, Suite D-1**
Number    Street

**San Juan**
City

**PR**
State

**00917-2202**
ZIP Code

**787-756-5730**
Contact phone

**wvslawllc@gmail.com**
Email address

Bar number _____    State _____

# TETRAD ENTERPRISES, LLC
Reg. 365228
EIN 66-0885666

P.O. Box 1024
Bayamón, PR 00960-1024

## CERTIFICATE OF LIMITED LIABILITY COMPANY RESOLUTION

**I, LUIS GUILLERMO HERNANDEZ RIVERA**, Managing Director of TETRAD Enterprises, LLC, do hereby DECLARE that during a meeting with the Management Team of the Limited Liability Company, it was AGREED that the Limited Liability Company would file for protection under Chapter 11 of the Bankruptcy Code.

**WHEREAS** it was further AGREED to retain the law offices of WVS LAW LLC and its principal Wallace Vázquez Sanabria, to file for protection under the provisions of the Bankruptcy Code.

**WHEREFORE** I hereby set my hand and the seal of the Corporation, this ____ day of February, 2025.

Luis Guillermo Hernández Rivera
Managing Director
TETRAD Enterprises LLC



(Corporate Seal)

Fill in this information to identify the case:

Debtor name **TETRAD Enterprises LLC**

United States Bankruptcy Court for the: District of **PUERTO RICO** (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JLG CONSULTING ENGINEERING PSC<br>P O BOX 361243<br>SAN JUAN PR 00936-1243 | | | | $2,454,658.00 | | |
| 2 | MWI CORPORATION<br>P O BOX 9022946<br>SAN JUAN PR 00902-2946 | | | $17,272,316.00 | | | |
| 3 | AUTOS VEGA INC<br>GPO BOX 364252<br>SAN JUAN PR 00936-3642 | | | $258,989.38 | | | |
| 4 | AMERICAN PETROLEUM CO INC<br>P O BOX 2529<br>TOA BAJA PR 00951-2663 | | | $161,678.44 | | | |
| 5 | DEPARTAMENTO DE HACIENDA<br>P O BOX 9024140<br>SAN JUAN PR 00902-4140 | | | | | | |
| 6 | MUNICIPIO AUTONOMO DE GUAYNABO<br>APARTADO 7885<br>GUAYNABO PR 00970 | | | | | | |
| 7 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | | | | | | |
| 8 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name: **TETRAD ENTERPRISES LLC**

United States Bankruptcy Court for the: District of **Puerto Rico** (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/28/2025**
MM / DD / YYYY

✗ /s/Luis Guillermo Hernández-Rivera
Signature of individual signing on behalf of debtor

Luis Guillermo Hernández-Rivera
Printed name

_____
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | CASE NO. |
|---|---|
| TETRAD ENTERPRISES, LLC | CHAPTER 11 |
| DEBTOR | |

**VERIFICATION OF CREDITOR MATRIX**

**TO THE HONORABLE COURT:**

*I*, the Managing Director of the LLC named as Debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

**I CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the United States Trustee, and all CM/ECF participants.

In San Juan, Puerto Rico, this ___ day of February, 2025.

Luis Guillermo Hernández-Rivera
Managing Director
Signer/Title

JLG CONSULTING ENGINEERING PSC
c/o EUGENE HESTRES VELEZ ESQ
P O BOX 9023472
SAN JUAN PR  00902-3472

MWI CORPORATION
c/o RAMON ROSARIO CORTES ESQ
P O BOX 19586
SAN JUAN PR  00910

AUTOS VEGA INC
GPO BOX 364252
SAN JUAN PR  00936-3642

AMERICAN PETROLEUM CO INC
P O BOX 2529
TOA BAJA PR  00951-2663

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
P O BOX 7346
PHILADELPHIA PA  19101-7346

DEPARTAMENTO DE HACIENDA
P O BOX 9024140
SAN JUAN  PR 00902-4140

MUNICIPIO AUTONOMO DE GUAYNABO
APARTADO 7885
GUAYNABO PR 00970

WVS LAW LLC
17 MEXICO STREET SUITE D-1
SAN JUAN PR  00917-2202

TETRAD ENTERPRISES LLC
P O BOX 1024
BAYAMON PR  00960-1024

LEDESMA & VARGAS
650 PLAZA
AVE PONCE DE LEON 650
SAN JUAN PR  00918

FIRSTBANK PUERTO RICO
P O BOX 9146
SAN JUAN PR  00908

POPULAR AUTO LLC
1451 F D ROOSEVELT AVE
SAN JUAN PR  00920-2717

ANDERSON CPA-GROUP LLC
P O BOX 50162
TOA BAJA PR  00950-0162

LUMA ENERGY
PO Box 364267
San Juan PR 00936-4267

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PR
P O BOX 70101
SAN JUAN PR  00936-8101